UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**ALFRED RILEY,**
        **Plaintiff,**

    v.                                 Case No. 05C1345

**JAMES DOYLE, HELENE NELSON,
STEVE WATTERS, STEVE SCHNEIDER,
DAVID THORNTON, WENDY NORDBERG,
TONY ASSID, STEVE HAMILTON, BYRAN
BARTOW, MARIO CANZIANI, TOM SPEECH,
BOB WHITTAKER, DIANE FERGOT, DR. JOHN
JONES, WANDA BALDWIN, WISCONSIN
STATE LEGISLATIVE COUNSEL, TERRY GABLE,
JOHN DOE, and JANE DOE,**
        **Defendants.**

## ORDER

Plaintiff Alfred Riley, a pro se litigant, has filed an action under 42 U.S.C. § 1983, alleging that his constitutional rights are being violated by certain of defendants' activities occurring at the Sand Ridge Secure Treatment Center (SRSTC), in Mauston, Wisconsin, and the Wisconsin Resource Center, in Winnebago County, Wisconsin. Defendants have filed a motion to dismiss and a motion for change of venue. Before me is defendants' motion for change of venue.

Under 28 U.S.C. § 1404(a), in determining the proper venue, I am to consider numerous factors, including the convenience of parties and witnesses, the interests of justice (which includes access to evidence, the availability of the compulsory process for attendance of the unwilling, and the expense to witnesses), and the site of the material events involved. Chicago, R. I. & P. R. Co. v. Igoe, 220 F.2d 299, 303-04 (1955). In the

present case, the majority of the parties are in Madison, Wisconsin, and the majority of material events occurred at the SRSTC in Mauston, Wisconsin, and in Madison. The plaintiff and nine of the sixteen defendants reside in Madison. The majority of witnesses are employees at SRSTC and most of the relevant documents are located there. Plaintiff's opposition to defendants' motion to change venue offers no reasonable argument as to why his case should remain in the Eastern District of Wisconsin. As such, I will grant defendants' motion to change venue.

Therefore,

**IT IS ORDERED** that defendants' motion to change venue is **GRANTED**.

**IT IS FURTHER ORDERED** that this case be transferred to the Western District of Wisconsin.

Dated at Milwaukee, Wisconsin, this 29 day of September, 2006.

/s
LYNN ADELMAN
U.S. District Judge